IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03514-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

BRANDON CHE LEE,

     Plaintiff,

v.

[NO NAMED DEFENDANT],

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Brandon Che Lee, is in the custody of the Federal Bureau of Prisons at

the  Federal Correctional Institution (FCI) in Florence, Colorado.  He initiated this action

on December 30, 2013, by submitting *pro se* a Letter document in which he complains

about the conditions of his confinement.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is

deficient as described in this order.  Mr. Lee will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Mr. Lee files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>    is not submitted
(2)   __    is missing affidavit
(3)   <u>X</u>    is missing <u>certified</u> copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information

(6)     __     is missing an original signature by the prisoner

(7)     __     is not on proper form (must use the court's current form):
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     X      other: <u>Mr. Lee may pay the $400.00 filing fee in lieu of filing a § 1915 Motion and Affidavit.</u>

**Complaint, Petition or Application**:

(10)    X      is not submitted
(11)    __     is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)    __     other:

Accordingly, it is

ORDERED that Mr. Lee cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which Mr. Lee files in response to

this order must include the civil action number on this order.  It is

FURTHER ORDERED that Mr. Lee, with the assistance of his case manager or

the facility's legal assistant, shall obtain the Court-approved forms for filing a Prisoner

Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Lee fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, this action will be dismissed

without further notice.  The dismissal shall be without prejudice.

2

DATED: December 31, 2013, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge